IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **BRUCE E. FREDRICS and** ) | |
| **PROFESSIONAL ADJUSTING** ) | |
| **& CONSULTING SERVICE, LLC**, ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO.: |
| -vs- ) | **2:20-cv-00226-SCJ** |
| ) | |
| MEREDITH CORPORATION, ) | |
| LYLE BANKS, and JOHN DOES, ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL *WITHOUT* PREJUDICE

Come Now Plaintiffs and file their *Dismissal **WITHOUT** Prejudice* and show this Court as follows:

1. Defendants Meredith Corporation and Lyle Banks, Vice President & General Manager of WGCL & WPCH Television Stations in Atlanta, have been served and have not filed any Answers or responsive pleadings at this time.

This 21st day of December 2020.

/s/ *Ralph J. Villani*
**Ralph J. Villani, Esq.**
GA Bar No.: 727700

## CERTIFICATE OF SERVICE

This is to certify that I, this day, served Defendants with a true and correct copy of Plaintiffs' *Notice of Dismissal Without Prejudice* by depositing same in the U.S. Mail, prepaid, and addressed to them at their final service addresses to ensure

deliver to:

        **Meredith Corporation**
        c/o Registered Agent
        CT Corporation System
        289 S Culver Street
        Lawrenceville, Georgia 30046

        **Lyle Banks, VP**
        c/o Meredith Corporation
        Headquarters
        1716 Locust Street
        Des Moines, Iowa 50309

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in *Local Rule 5.1-C*, to wit: Times New Roman, 14 point.

This 21st day of December, 2020.

                                            /s/ *Ralph J. Villani*
                                        **Ralph J. Villani, Esq.**
                                        GA Bar No.: 727700

*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634

(TEL) 770.985.6773
(FAX) 770.979.5190

(Email) *ralphjvillani@gmail.com*
                                              **Counsel for Plaintiffs**